UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR D. VALENZUELA, | ) | CASE NO. CV 08-795-CJC (PJW) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DEBRA DEXTER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: September 9, 2008.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\CV08-00795-CJC(PJW) Order.wpd