UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR D. VALENZUELA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>DEBRA DEXTER, WARDEN,<br><br>　　　　　Respondent. | Case No. CV 08-795-CJC (PJW)<br><br>J U D G M E N T |

　　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　　DATED:   September 9, 2008.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\CV08-00795-CJC(PJW) Judgment.wpd